### WILSON v. STATE.
### No. 15412.

Court of Criminal Appeals of Texas.
June 1, 1932.

Rehearing Denied June 24, 1932.

John N. Gauntt and Joe W. Taylor, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary, punishment assessed being nine years' confinement in the penitentiary.

■ No bills of exception are found in the record. The statement of facts was filed more than 90 days after notice of appeal was given, but the district judge certifies that the delay in preparing the statement of facts was caused by the late filing of an affidavit by appellant, and that the court reporter was busy at the time, but that the statement of facts was filed as soon after the affidavit was

presented as could be done. Under these circumstances, we have examined the statement of facts. We find the evidence supports the verdict.

The judgment is affirmed.

On Appellant's Motion for Rehearing.

CHRISTIAN, J.

 Appellant did not object to the testimony of the officers touching the result of the search of his automobile. However, he takes the position that the statement of facts shows that the search was illegal, and insists that notwithstanding the evidence was admitted upon the trial without objection, this court should reverse the judgment if there is no other evidence in the record than that which might have been eliminated by proper objection at the time it was tendered by the state. The holding in Wilson v. State (Tex. Cr. App.) 48 S.W.(2d) 282, where the identical question was considered, is controlling. It was there held that the position taken by the appellant could not be sustained.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.